

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>PARKER, JAMES A. | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>04/20/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.DIST.JUDGE(SENIOR) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>421 Gold Ave., S.W.<br>ALBUQUERQUE, N.M. 87102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Manager | JPFP ▓▓▓▓, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY -6 A 11:03 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/20/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/20/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/20/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Delta Petroleum | | None | K | T | | | | | |
| 2. General Electric | C | Dividend | | | Sold | 11/21 | L | | Open Market (loss) |
| 3. BankAmerica | E | Dividend | L | T | Sold (Part) | 05/06 | M | | Open Market (loss) |
| 4. U.S. Treas Notes | D | Interest | P1 | T | Buy (add'l) | 02/06 | O | | U.S. Treasury |
| 5. CkngAcct.&CDs BkAm-Albuquerque, NM | C | Interest | M | T | Buy | 10/17 | M | | Bk Am (CDs) |
| 6. Agency Acct- JPMorgan | A | Interest | J | T | | | | | |
| 7. Parcel #1, Harris Co., TX (Undivided 50%) | | None | M | S | | | | | |
| 8. Parcel #3, Harris Co., TX (Undivided 50%) | | None | L | S | | | | | |
| 9. Parcel #1,LiveOakCo., TX (Undivided 50%) | D | Rent | M | S | | | | | |
| 10. Parcel #1, Bernalillo Co. NM (Undivided 25%) | | None | K | S | | | | | |
| 11. Parcel #2, Bernalillo Co., NM (Undivided 50%) | | None | K | S | | | | | |
| 12. MINERAL ROYALTY PROPERTIES: | | | | | | | | | |
| 13. LOUISIANA | | | | | | | | | |
| 14. Common Leases, Ascension Parish | A | Royalty | J | W | | | | | |
| 15. VariousLeases, Placquemine Parish | E | Royalty | K | W | | | | | |
| 16. TEXAS | | | | | | | | | |
| 17. Dobie Ranch, Live Oak Co. | E | Royalty | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/20/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. COLORADO | | | | | | | | | |
| 19. O.R.R.I. & R.I., Weld, Adams, & Arapahoe Cos. | G | Royalty | O | U | | | | | |
| 20. MINERAL WORKING INTERESTS: | | | | | | | | | |
| 21. ● Wells, Adams Co., CO. | G | Distribution | L | U | | | | | |
| 22. ●Well, Arapahoe Co, CO. | F | Distribution | K | U | | | | | |
| 23. ●Wells, Washington Co., CO | F | Distribution | K | U | Sold (part) | 05/01 | N | F | Renegade O&G LLC |
| 24. ●Wells, Weld Co, CO | G | Distribution | M | U | | | | | |
| 25. ●Well, Elbert Co., CO | D | Distribution | J | U | | | | | |
| 26. Parcel #1, La Plata Co., CO. (land,cabins,water)(25% int.) | B | Rent | M | S | | | | | |
| 27. Cash-F.R.R. Acct.-BkAmerica (25% interest) | A | Interest | | | Closed | 03/07 | J | | |
| 28. Emerson Elec. | B | Dividend | K | T | | | | | |
| 29. Intel | C | Dividend | L | T | Sold (part) | 11/21 | L | | Open market (loss) |
| 30. Cisco Systems Inc | | None | L | T | Sold (part) | 11/21 | L | | Open market (loss) |
| 31. Johnson & Johnson | A | Dividend | L | T | Buy (add'l) | 01/16 | K | | Open market |
| 32. Staples, Inc. | B | Dividend | L | T | Sold (part) | 11/21 | L | | Open market (loss) |
| 33. Transocean Ltd | | None | K | T | Merger | 12/24 | K | | Transocean, Inc. |
| 34. Verizon Global Note | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/20/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wells Fargo & Co Note | A | Interest | | | Matured | 04/15 | K | | WellsFargo |
| 36. Bank of America CDs & Accts. (JPFP ▬ ▬,LLC) | C | Interest | N | T | | | | | |
| 37. Franklin Global LG Cap Fund | B | Interest | | | Sold | 11/19 | M | | Open market (loss) |
| 38. Franklin Rising Dividends Fund | B | Interest | L | T | | | | | |
| 39. MSCI EAFE Index Fund | A | Dividend | | | Sold | 11/21 | K | | Open market (loss) |
| 40. MSCI Emerging Mkt Index Fund | A | Dividend | | | Sold | 11/21 | K | | Open market (loss) |
| 41. Beacon Mutual Service Fund | C | Dividend | L | T | | | | | |
| 42. Templeton Develop Markets Trust | A | Dividend | | | Sold | 11/19 | K | | Open Market (loss) |
| 43. CJS Denver Holdings, LLC | | None | N | U | | | | | |
| 44. MBH Enterprises,LLC | E | Distribution | M | U | | | | | |
| 45. AFG, LLC | E | Distribution | L | U | | | | | |
| 46. Westfield Res. Partners | | None | K | U | | | | | . |
| 47. Roche Holdings Ltd | A | Dividend | K | T | Buy | 01/16 | K | | Open market |
| 48. Celgene Corp | A | Dividend | L | T | Buy | 01/16 | L | | Open market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/20/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

During 2008 I made charitable gifts exceeding $1,000.00 in value to University of New Mexico Foundation, Rice University, United Way of Central New Mexico, St. John's Cathedral, Albuquerque Museum Foundation, University of Texas Law School Foundation, The Gathering Place, Colorado Uplift, and Holy Spirit Anglican Church.

During 2008 I made gifts exceeding $1,000.00 in value of interests in our ⬛⬛ LLC⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

The securities shown on lines 1-4 , 28-35, 37-42 and 47-48 of Section VII were held during 2008 by Fiduciary Trust International either in an I.R.A. account and/or in a managed account.

The agency account at J.P. Morgan Private Bank (line 6, Section VII) is an account in which ⬛⬛⬛⬛⬛ I each have an undivided 50% interest. The primary assets for which J.P. Morgan Private Bank is agent are Louisiana mineral royalty properties (lines 13-15, Section VII). The royalty income received by the Bank is invested in money-market funds which earn interest or dividends in the amount stated on line 6, Section VII. The royalty income from and the values of the mineral properties held in the agency account are stated at lines 14-15 of Section VII.

Value code S was used for the following properties:

| Line 7 | Parcel #1, Harris Co., TX | $509,369 (JPFP, LLC 50%=$254,684) |
| Line 8 | Parcel #3, Harris Co., TX | $1,574,746 (JPFP, LLC 50%=$787,373) |
| Line 9 | Parcel #1, Live Oak Co., TX | $39,210 (JPFP, LLC 50%= $19,605) |
| Line 10 | Parcel #1, Bernalillo Co., NM | $162,900 (JPFP, LLC 25%= $40,725) |
| Line 11 | Parcel #2 Bernalillo Co., NM | $65,700 (JPFP, LLC 50%= $37,850) |
| Line 26 | Parcel #1, La Plata Co., Co | $592,270 (JPFP, LLC 25%=$148,068) |

During 2008 I and/or JPFP ⬛⬛⬛, LLC received a refund for overpayment of state taxes from New Mexico and from North Dakota within income code C, from Colorado within income code D, and from Louisiana within income code A. During 2008 JPFP ⬛⬛⬛, LLC received a refund from Texas within income code A for overpayment of a state franchise tax.

During 2008 I sold Bank of America stock (Line 3, Section VII) on three dates: 05/06, 07/17 and 10/10. The date of the first sale is shown on Line 3, Section VII. The sales value shown on Line 3, Section VII is the total value for all three sales.

During 2008 on various dates beginning 02/06 I bought additional U.S. Treasury Notes shown on Line 4, Section VII. The purchase value shown on line 4, Section VII is the total value of all purchases of U.S. Treasury Notes during 2008.

The descriptions on lines 12, 13, 16, 18 and 20 of Section VII are merely headers.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>PARKER, JAMES A. | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>04/20/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.DIST.JUDGE(SENIOR) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>421 Gold Ave., S.W.<br>ALBUQUERQUE, N.M. 87102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Manager | JPFP ▓▓▓ LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2009 MAY -6 A 11:03 RECEIVED

Parker_James_A 2

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/20/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/20/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/20/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Delta Petroleum | | None | K | T | | | | | |
| 2. General Electric | C | Dividend | | | Sold | 11/21 | L | | Open Market (loss) |
| 3. BankAmerica | E | Dividend | L | T | Sold (Part) | 05/06 | M | | Open Market (loss) |
| 4. U.S. Treas Notes | D | Interest | P1 | T | Buy (add'l) | 02/06 | O | | U.S. Treasury |
| 5. CkngAcct.&CDs BkAm-Albuquerque, NM | C | Interest | M | T | Buy | 10/17 | M | | Bk Am (CDs) |
| 6. Agency Acct- JPMorgan | A | Interest | J | T | | | | | |
| 7. Parcel #1, Harris Co., TX (Undivided 50%) | | None | M | S | | | | | |
| 8. Parcel #3, Harris Co., TX (Undivided 50%) | | None | L | S | | | | | |
| 9. Parcel #1,LiveOakCo., TX (Undivided 50%) | D | Rent | M | S | | | | | |
| 10. Parcel #1, Bernalillo Co. NM (Undivided 25%) | | None | K | S | | | | | |
| 11. Parcel #2, Bernalillo Co., NM (Undivided 50%) | | None | K | S | | | | | |
| 12. MINERAL ROYALTY PROPERTIES: | | | | | | | | | |
| 13. LOUISIANA | | | | | | | | | |
| 14. Common Leases, Ascension Parish | A | Royalty | J | W | | | | | |
| 15. VariousLeases, Placquemine Parish | E | Royalty | K | W | | | | | |
| 16. TEXAS | | | | | | | | | |
| 17. Dobie Ranch, Live Oak Co. | E | Royalty | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/20/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. COLORADO | | | | | | | | | |
| 19. O.R.R.I. & R.I., Weld, Adams, & Arapahoe Cos. | G | Royalty | O | U | | | | | |
| 20. MINERAL WORKING INTERESTS: | | | | | | | | | |
| 21. ● Wells, Adams Co., CO. | G | Distribution | L | U | | | | | |
| 22. ●Well, Arapahoe Co, CO. | F | Distribution | K | U | | | | | |
| 23. ●Wells, Washington Co., CO | F | Distribution | K | U | Sold (part) | 05/01 | N | F | Renegade O&G LLC |
| 24. ●Wells, Weld Co, CO | G | Distribution | M | U | | | | | |
| 25. ● Well, Elbert Co., CO | D | Distribution | J | U | | | | | |
| 26. Parcel #1, La Plata Co., CO. (land,cabins,water)(25% int.) | B | Rent | M | S | | | | | |
| 27. Cash-F.R.R. Acct.-BkAmerica (25% interest) | A | Interest | | | Closed | 03/07 | J | | |
| 28. Emerson Elec. | B | Dividend | K | T | | | | | |
| 29. Intel | C | Dividend | L | T | Sold (part) | 11/21 | L | | Open market (loss) |
| 30. Cisco Systems Inc | | None | L | T | Sold (part) | 11/21 | L | | Open market (loss) |
| 31. Johnson & Johnson | A | Dividend | L | T | Buy (add'l) | 01/16 | K | | Open market |
| 32. Staples, Inc. | B | Dividend | L | T | Sold (part) | 11/21 | L | | Open market (loss) |
| 33. Transocean Ltd | | None | K | T | Merger | 12/24 | K | | Transocean, Inc. |
| 34. Verizon Global Note | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/20/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wells Fargo & Co Note | A | Interest | | | Matured | 04/15 | K | | WellsFargo |
| 36. Bank of America CDs & Accts. (JPFP ▓▓,LLC) | C | Interest | N | T | | | | | |
| 37. Franklin Global LG Cap Fund | B | Interest | | | Sold | 11/19 | M | | Open market (loss) |
| 38. Franklin Rising Dividends Fund | B | Interest | L | T | | | | | |
| 39. MSCI EAFE Index Fund | A | Dividend | | | Sold | 11/21 | K | | Open market (loss) |
| 40. MSCI Emerging Mkt Index Fund | A | Dividend | | | Sold | 11/21 | K | | Open market (loss) |
| 41. Beacon Mutual Service Fund | C | Dividend | L | T | | | | | |
| 42. Templeton Develop Markets Trust | A | Dividend | | | Sold | 11/19 | K | | Open Market (loss) |
| 43. CJS Denver Holdings, LLC | | None | N | U | | | | | |
| 44. MBH Enterprises,LLC | E | Distribution | M | U | | | | | |
| 45. AFG, LLC | E | Distribution | L | U | | | | | |
| 46. Westfield Res. Partners | | None | K | U | | | | | |
| 47. Roche Holdings Ltd | A | Dividend | K | T | Buy | 01/16 | K | | Open market |
| 48. Celgene Corp | A | Dividend | L | T | Buy | 01/16 | L | | Open market |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/20/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

During 2008 I made charitable gifts exceeding $1,000.00 in value to University of New Mexico Foundation, Rice University, United Way of Central New Mexico, St. John's Cathedral, Albuquerque Museum Foundation, University of Texas Law School Foundation, The Gathering Place, Colorado Uplift, and Holy Spirit Anglican Church.

During 2008 I made gifts exceeding $1,000.00 in value of interests in our ▆▆▆ LLC▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

The securities shown on lines 1-4 , 28-35, 37-42 and 47-48 of Section VII were held during 2008 by Fiduciary Trust International either in an I.R.A. account and/or in a managed account.

The agency account at J.P. Morgan Private Bank (line 6, Section VII) is an account in which ▆▆▆▆▆▆▆ I each have an undivided 50% interest. The primary assets for which J.P. Morgan Private Bank is agent are Louisiana mineral royalty properties (lines 13-15, Section VII). The royalty income received by the Bank is invested in money-market funds which earn interest or dividends in the amount stated on line 6, Section VII. The royalty income from and the values of the mineral properties held in the agency account are stated at lines 14-15 of Section VII.

Value code S was used for the following properties:

| | | | | |
|---|---|---|---|---|
| Line 7 | Parcel #1, Harris Co., TX | $509,369 | (JPFP, LLC 50%=$254,684) |
| Line 8 | Parcel #3, Harris Co., TX | $1,574,746 | (JPFP, LLC 50%=$787,373) |
| Line 9 | Parcel #1, Live Oak Co., TX | $39,210 | (JPFP, LLC 50%= $19,605) |
| Line 10 | Parcel #1, Bernalillo Co., NM | $162,900 | (JPFP, LLC 25%= $40,725) |
| Line 11 | Parcel #2 Bernalillo Co., NM | $65,700 | (JPFP, LLC 50%= $37,850) |
| Line 26 | Parcel #1, La Plata Co., Co | $592,270 | (JPFP, LLC 25%=$148,068) |

During 2008 I and/or JPFP ▆▆▆▆, LLC received a refund for overpayment of state taxes from New Mexico and from North Dakota within income code C, from Colorado within income code D, and from Louisiana within income code A. During 2008 JPFP ▆▆▆▆ LLC received a refund from Texas within income code A for overpayment of a state franchise tax.

During 2008 I sold Bank of America stock (Line 3, Section VII) on three dates: 05/06, 07/17 and 10/10. The date of the first sale is shown on Line 3, Section VII. The sales value shown on Line 3, Section VII is the total value for all three sales.

During 2008 on various dates beginning 02/06 I bought additional U.S. Treasury Notes shown on Line 4, Section VII. The purchase value shown on line 4, Section VII is the total value of all purchases of U.S. Treasury Notes during 2008.

The descriptions on lines 12, 13, 16, 18 and 20 of Section VII are merely headers.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544